# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM L. ENGLAND,<br>#25105 | ) ) ) | 2:11-cv-00140-PMP-PAL |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| HOWARD SKOLNIK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**IT IS ORDERED** that Plaintiff's Motion for District Judge to Reconsider Order (Doc. #10) filed April 7, 2011 is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend Time (Doc. #11) is **GRANTED**. Defendants' shall have to and including **May 23, 2011**, to file a response to Plaintiff's Complaint.

DATED: April 26, 2011.

_____
PHILIP M. PRO
United States District Judge