UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WILLIAM L. ENGLAND,    )   2:11-CV-00140-PMP-PAL
       Plaintiff,    )
               )   **ORDER**
vs.    )
               )
STATE OF NEVADA, et al.,    )
       Defendants.    )

On August 2, 2011, Plaintiff filed a First Amended Complaint (Doc. #19) without opposition by Defendants. Since that date, no action has taken place in this case.

**IT IS THEREFORE ORDERED that** the parties to this action shall have to and including **January 10, 2012**, within which to file a written joint status report regarding this action.

DATED: December 20, 2011.

*[signature]*

PHILIP M. PRO
United States District Judge