CATHERINE CORTEZ MASTO
Attorney General
DENISE S. MCKAY
Deputy Attorney General
Nevada State Bar No. 10507
Office of the Attorney General
Public Safety Division
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada  89101
P: (702) 486-3420
F: (702) 486-3773
dmckay@ag.nv.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | 2:11-cv-00140-PMP-PAL<br><br>**MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDING** |

**De**fendants, Brian Williams, Cheryl Burson, Howard Skolnik, James G. Cox, by and through legal counsel CATHERINE CORTEZ MASTO, Nevada Attorney General, and DENISE S. McKAY, Deputy Attorney General, and hereby respectfully request that former Deputy Attorney General, Jill C. Davis, be removed from the CM/ECF Service List and that notice of the proceedings in the above-captioned matter be discontinued as a result of her resignation from the Nevada Office of the Attorney General nearly two years ago. It is no longer necessary that Jill C. Davis receive CM/ECF notice of ongoing proceedings in this action.

. . .

. . .

. . .

1

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

Accordingly, the undersigned requests that Jill C. Davis be removed from the CM/ECF Service list in this matter, USDC Case No. 2:11-cv-00140-PMP-PAL.

DATED this 21st day of June, 2012.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Denise S. McKay
DENISE S. MCKAY
Deputy Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June, 2012, the foregoing MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDING was filed with the Clerk of the Court using the CM/ECF filing system and that a true and correct copy of the forgoing was served upon the following on the 22nd day of June, 2012, by placing a true and correct copy of the same in a sealed enveloped, First-Class Mail postage fully prepaid, in the U.S. Mail, at Las Vegas, Nevada, and addressed to the following:

WILLIAM ENGLAND #25105
NORTHERN NEVADA CORRECTIONAL CENTER
PO BOX 7000
CARSON CITY NV89702
PLAINTIFF, PRO SE

/s/ Kimie S. Beverly
An employee of the Office of the Attorney General

IT IS SO ORDERED this 22nd day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

2