1
2
3
4
5                   **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**
7

8  WILLIAM L. ENGLAND,            )
       #25105                     )      2:11-cv-00140-PMP-PAL
9                                 )
                                  )
10          Plaintiff,             )     **ORDER**
                                  )
11  vs.                           )
                                  )
12  HOWARD SKOLNIK, *et al.*,      )
                                  )
13          Defendants.            )
                                  )

14

15      Before the Court for consideration is Defendants' fully briefed Motion for
16 Summary Judgment (Doc. #29) filed June 15, 2012.  For the reasons set forth in
17 Defendants' Motion and Reply Memorandum (Doc. #37), the Court finds that
18 Defendants' Motion for Summary Judgment (Doc. #29) must be granted.
19      Specifically, this Court's Screening Order (Doc. #8) entered March 23, 2011,
20 permitted Plaintiff to proceed on only the "First Amendment, Fourteenth Amendment
21 in RLUIPA Claims against Defendant Skolnik, Burson, Williams and Cox" set forth
22 in Count II of Plaintiff's Complaint.  After a full opportunity to do so, Plaintiff has
23 not set forth evidence demonstrating that Defendants Skolnik, Burson, Williams or
24 Cox were personally involved in any of the events that formed the basis for Plaintiff's
25 alleged violation of his First Amendment free exercise of religion, Fourteenth
26 Amendment equal protection, or RLUIPA claims.  Moreover, the record does not
27 support a finding that any of the named Defendants knowingly violated a clearly

established constitutional right in connection with the allegations in Plaintiff's Complaint.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment (Doc. #29) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: August 6, 2012.

_____
PHILIP M. PRO
United States District Judge