# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM L. ENGLAND, #25105 | 2:11-cv-00140-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| HOWARD SKOLNIK, *et al.*, | |
| Defendants. | |

Before the Court for consideration is Defendants' fully briefed Motion for Summary Judgment (Doc. #29) filed June 15, 2012. For the reasons set forth in Defendants' Motion and Reply Memorandum (Doc. #37), the Court finds that Defendants' Motion for Summary Judgment (Doc. #29) must be granted.

Specifically, this Court's Screening Order (Doc. #8) entered March 23, 2011, permitted Plaintiff to proceed on only the "First Amendment, Fourteenth Amendment in RLUIPA Claims against Defendant Skolnik, Burson, Williams and Cox" set forth in Count II of Plaintiff's Complaint. After a full opportunity to do so, Plaintiff has not set forth evidence demonstrating that Defendants Skolnik, Burson, Williams or Cox were personally involved in any of the events that formed the basis for Plaintiff's alleged violation of his First Amendment free exercise of religion, Fourteenth Amendment equal protection, or RLUIPA claims. Moreover, the record does not support a finding that any of the named Defendants knowingly violated a clearly

established constitutional right in connection with the allegations in Plaintiff's Complaint.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment (Doc. #29) is **GRANTED** and that the Clerk of Court shall forthwith enter judgment in favor of Defendants and against Plaintiff.

DATED: August 6, 2012.

PHILIP M. PRO
United States District Judge

2